RECEIVED
MAR -9 2021
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Tavon M. Mays
(Enter Above the Name of the Plaintiff in this Action)

vs.

Franklin County Correction Center 1
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

2:21cv986

Judge Morrison

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Tavon M Mays
Name - Full Name Please - PRINT

1321 Orchard park Dr
Street Address

Columbus, OH 43232
City, State and Zip Code

614-597-2696
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Franklin County Correction Center 1__
   Name - Full Name Please
   __370 S Front St, Columbus, OH 43215__
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title __42__ United States Code, Section __1983__
[Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On 3-16-2019 Tavon Mays was arrested by the Columbus Police, for violation of protection order. The Columbus Police took Mr. Mays to Franklin County Correction Center 1. Where Mr. Mays was falsely imprisoned. Franklin County Correction Center did not verify if Mr. Mays was served on case number 18DV2131. Franklin County Correction Center 1 is accomplice with CPD false arrest / false imprisonment of Mr. Mays.

The protection order case was dismissed, cause it was proven Mr. Mays was not served or notified of PtO. Dismissal Date 1-13-20 Case no. 19/4918

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| 22OCV1060 | Mays | vs. | Hammel, Troy |
| 22OCV1060 | Mays | vs. | Akpalo, Serge |
| | | vs. | |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I Mr. Mays would like the courts to compensate Mr. Mays for attorney fees, bail bondman and also traveling expense. Mr. Mays also suffered mental and emotional by having to serve 3 days in jail. Mr. Mays was also missing work. This has interfered with my whole life

I state under penalty of perjury that the foregoing is true and correct. Executed on this Monday of 8th, 2021.

_____
Signature of Plaintiff

-4-